Otis HARRISON, Trustee, Appellant,

v.

David S. PHILLIPS, Regional Commissioner of the General Services Administration, Region 7, of the United States of America, Appellee.

No. 18642.

United States Court of Appeals
Fifth Circuit.

May 9, 1961.

Joseph Jaworski, Joe H. Reynolds, Houston, Tex., Dewey S. Walker, Pasadena, Tex., Bracewell, Reynolds & Patterson, Houston, Tex., of counsel, for appellant.

Raymond N. Zagone, Roger P. Marquis, Attys., Dept. of Justice, Washington, D. C., Perry W. Morton, Asst. Atty. Gen., J. Edward Williams, Acting Asst. Atty. Gen., William B. Butler, U. S. Atty., Houston, Tex., Arthur L. Moller, Asst. U. S. Atty., Houston, Tex., for appellee.

Before TUTTLE, Chief Judge, and HUTCHESON and JONES, Circuit Judges.

PER CURIAM.

The district court granted a motion of the defendant, who is appellee here, to dismiss the appellant's complaint on the ground that the complaint did not state a claim upon which relief could be granted. Harrison v. Phillips, D.C., 185 F. Supp. 204. We are in agreement with the conclusion reached by the district court and its judgment is affirmed.

NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

FLEETWOOD TRAILER COMPANY OF
IDAHO, INC., Respondent.

No. 16981.

United States Court of Appeals
Ninth Circuit.

April 3, 1961.

Stuart Rothman, General Counsel, Dominick L. Manoli, Associate General Counsel, Marcel Mallet-Prevost, Asst. General Counsel, Rosanna A. Blake and Jules H. Gordon, Attorneys for N. L. R. B., Washington, D. C., for petitioner.

Gibson, Dunn & Crutcher and James J. Ryan, Los Angeles, Cal., for respondent.

Before CHAMBERS, HAMLIN and MERRILL, Circuit Judges.

PER CURIAM.

The board's order requiring an offer of reinstatement to one Moffis, to make him whole for any loss by reason of his discharge and the posting of the usual notices, will be enforced.

The hearing examiner and the board have resolved a question of fact which could have been resolved the other way, but was not. As we appraise the case, there is some substantial evidence to support the findings.